UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 20-00413-JLS (KESx) | Date | July 15, 2020 |
|---|---|---|---|
| Title | Tito Vasquez v. Gold and Braid Salon, et al. | | |

PRESENT:

**HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Terry Guerrero
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present   None Present

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

This action was filed on February 28, 2020. On June 22, 2020, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before June 29, 2020 why this action should not be dismissed for lack of prosecution. [Doc. 20.] Plaintiff has failed to respond to the Court's Order. Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

_____ : _____

Initials of Deputy Clerk   tg